IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

        Plaintiff,

v.

RESIDENCES AT OCEAN GRANDE, INC.,

        Defendant.

Civil Action No.: 06-21548
Hoeveler
Magistrate Judge Brown

**CLOSED CIVIL CASE**

## ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff, American International Specialty Lines Insurance Company, represents to the Court that it desires to voluntarily dismiss its First Amended Complaint against Defendant, Residences at Ocean Grande, Inc. (ROG), without prejudice, with each party to bear its own costs. Coscan Construction, LLC, formerly a defendant, is no longer a party to this action as the First Amended Complaint only names ROG as a defendant. Plaintiff and Defendant have agreed that the Agreed Order can expressly provide that Plaintiff reserves, and does not waive, all other rights to raise any issues and defenses regarding coverage under the AISLIC policy which is the subject of this action.

Considering the foregoing and the agreement of counsel for the Plaintiff and Defendant;

IT IS ON THIS __24th__ DAY OF __July__ 2008, ORDERED, ADJUDGED AND DECREED that the Plaintiffs' First Amended Complaint against ROG is hereby dismissed, without prejudice, with each party to bear its own costs.

497470v.2

IT IS FURTHER ORDERED that Plaintiff expressly reserves, and does not waive, all other rights to raise any issues and defenses regarding coverage under the AISLIC policy which is the subject of this action.

_____
HONORABLE WILLIAM M. HOEVELER
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA